JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA - PRODUCER HEALTH PLAN ET AL., et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>THOUSAND FOOT SQUID, LLC,<br><br>　　　Defendant. | Case No. 2:23-cv-00386-SB-AS<br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order granting summary judgment filed on September 25, 2023, it is ORDERED AND ADJUDGED that Plaintiffs Trustees of the Directors Guild of America – Producer Health Plan and Trustees of the Directors Guild of America – Producer Pension Plans shall have and recover from Defendant Thousand Foot Squid, LLC, damages in the amount of $105,804.27.

　　This is a final judgment.

Date: September 26, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge