UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA-PRODUCER HEALTH PLAN et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THOUSAND FOOT SQUID, LLC,<br><br>Defendant. | Case No. 2:23-cv-00386-SB-AS<br><br>ORDER AWARDING ATTORNEYS' FEES AND COSTS TO PLAINTIFFS |

Pursuant to the Parties' "Stipulation for Entry of Award of Attorneys' Fees and Costs in Favor of Plaintiffs and Against Defendant," it is ORDERED and ADJUDGED that Plaintiffs, Trustees of the Directors Guild of America-Producers Health Plan and Trustees of the Directors Guild of America-Producer Pension Plans, shall have and recover from Defendant Thousand Foot Squid, LLC, attorneys' fees and costs in the amount of $44,195.73.

Date: October 17, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge